People of the State of Illinois ex rel. Leo P. Ratkowski et al., Appellants, v. Edward J. Kelly, Mayor of the City of Chicago, et al., Appellees.

Gen. No. 41,430.

opinion filed March 31, 1941; rehearing denied April 14, 1941.  Wolf & Love and Nathan Allen, for appellants; Nathan Allen and Alexander Wolf, of counsel; Barnet Hodes, Corporation Counsel, for appellees; J. Herzl Segal, Assistant Corporation Counsel, of counsel.  Opinion by JUSTICE MATCHETT.  ''Not to be published in full.''